UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

YACEL LEANDRO RAMOS,

    Petitioner,

v.                                      Case No. 3:26-cv-240-WWB-SJH

WARDEN, BAKER COUNTY
DETENTION CENTER, et al.,

    Respondents.
_____

## ORDER

Petitioner initiated this action by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). Petitioner appears to challenge his detention under *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001) (setting a presumptively reasonable period of six months in which to detain an alien pending deportation). However, Petitioner does not provide enough information to assess whether he plausibly states a *Zadvydas* claim, which requires an alien to "show post-removal order detention in excess of six months [and] . . . evidence of a good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future." *Akinwale v. Ashcroft*, 287 F.3d 1050, 1052 (11th Cir. 2002).

Therefore, by **March 6, 2026**, Petitioner must file an amended petition, providing at a minimum the date his removal order became final, the date his current detention started, date ranges for any prior detentions, and "a good reason to believe

that there is no significant likelihood of removal in the reasonably foreseeable future." *See id.*

Additionally, by **March 6, 2026**, Petitioner must either pay the $5.00 filing fee or file a completed application to proceed *in forma pauperis*.

The Court directs the **Clerk** to mail Petitioner a blank petition for writ of habeas corpus form for use in § 2241 cases and an application to proceed *in forma pauperis* (prisoner filings) form.

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of February, 2026.

Samuel J. Horovitz
United States Magistrate Judge

caw 2/6
c:
Yacel Leandro Ramos, #A074287032